■ MENTAL HYGIENE LEGAL SERVICE, FIRST JUDICIAL DEPARTMENT, Appellant, v NEW YORK HOSPITAL, PAYNE WHITNEY CLINIC, Respondent.—Order and judgment (one paper), Supreme Court, New York County (Andrew Tyler, J.), entered on or about June 19, 1987, unanimously affirmed, without costs and without disbursements. Motion by respondent-respondent to strike certain portions of petitioner-appellant's reply brief and for other relief, denied in its entirety. No opinion. Concur —Murphy, P. J., Carro, Milonas and Ellerin, JJ.

■ LOUISE CORRAO, Appellant, v JON CORRAO, Respondent.— Order, Supreme Court, New York County (Ethel Danzig, J.), entered on or about December 18, 1986, unanimously affirmed for the reasons stated by Danzig, J., in the order of said court entered on or about April 18, 1988, without costs and without disbursements. Concur—Kupferman, J. P., Carro, Milonas, Ellerin and Wallach, JJ.